UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN JOSE LOPEZ CANALES,<br><br>    Petitioner,<br><br>  v.<br><br>A. NEIL CLARK,<br><br>    Respondent. | CASE NO.  C07-653-RSL-JPD<br><br>ORDER DENYING STAY OF REMOVAL AND TERMINATING ACTION |

The Court, having reviewed petitioner's motion for stay of removal, Dkt. #1, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's motion for stay of removal, Dkt. #1, is DENIED, and this action is DISMISSED.

(3)   The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 19th day of June, 2007.

/s/ Robert S. Lasnik

Robert S. Lasnik
United States District Judge

ORDER DENYING STAY OF REMOVAL
AND TERMINATING ACTION
PAGE – 1